### Exhibit A to the Complaint

**Location:** Exton, PA  
**Total Works Infringed:** 25  

**IP Address:** 108.52.100.204  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 4319E0C20BC84337A77199A811C8467171B50865<br>File Hash:<br>75C36ED19990D3F9C73796B8A0129662C38003684E05D00068578F3095C6A991 | 12-07-2023<br>14:28:25 | TushyRaw | 12-06-2023 | 12-13-2023 | PA0002445426 |
| 2 | Info Hash: 373CF3FC6F847C6EEA5B20AC21911FB1227DE0EA<br>File Hash:<br>D2DF0CF636A8E4E22663820638976EA1DC9DE946457097ACBB2D9BFCFDEE16D8 | 12-05-2023<br>18:08:29 | Blacked Raw | 12-04-2023 | 12-12-2023 | PA0002445181 |
| 3 | Info Hash: C2FC11FF469BB1A9254A0B8DD2F61D4E15145B3E<br>File Hash:<br>DCA40AE572A8F5FE23960F34150F68BABF0771996FDF31E6C72AFF1E1173B544 | 12-03-2023<br>00:28:51 | Blacked | 12-02-2023 | 12-11-2023 | PA0002444887 |
| 4 | Info Hash: 743EDE7C0F2B5801AFC36E54099CED32AD3C81D7<br>File Hash:<br>DA8F791AA7BA91591C613C33BFC79816EF2CC655306F786D7A87FC5AA7360F80 | 11-28-2023<br>14:59:02 | Blacked Raw | 11-27-2023 | 12-12-2023 | PA0002445178 |
| 5 | Info Hash: 44B4FBF6C812B646820EABDFA329992B2D7065CA<br>File Hash:<br>33AB19B33CE5E9A0D98BC71DBFCE43E9F050874167AE3C325001CB280A964449 | 11-27-2023<br>14:32:55 | Blacked | 11-25-2023 | 12-11-2023 | PA0002444871 |
| 6 | Info Hash: 1C949F3B5D4AF5469EA4817A5EF1D10387B6C0A3<br>File Hash:<br>5E4408D526E3BA5A0E7A389D7DCA4FDDAB1AA92F33C9C0184A56EEFF488D703A | 11-22-2023<br>13:23:25 | Blacked Raw | 11-20-2023 | 12-12-2023 | PA0002444867 |
| 7 | Info Hash: DC191363CA433B3DF58F8B19F07FF0DE7D41FF21<br>File Hash:<br>4E975A89DD6BBF9B70EF4001154B330F3CBBC06B33E68EC8684E8A9F32F5F073 | 11-20-2023<br>04:21:56 | Blacked | 11-18-2023 | 12-11-2023 | PA0002444878 |
| 8 | Info Hash: 9E437758A5DACD67C7512743064E5EECB25B3ECE<br>File Hash:<br>4CED71945A7B6DEE414DD37CDADD80E5A5965AE73EB386212C373966D0FAFBCA | 11-16-2023<br>14:45:29 | TushyRaw | 11-15-2023 | 12-13-2023 | PA0002445430 |
| 9 | Info Hash: EDEF437B923044B6BB74F25D84D9A801CA11B42B<br>File Hash:<br>50139B0978D706FDB0D6A7CFBCFAAC7299920E019ABEC0D9E5D640AB12F359E0 | 11-14-2023<br>13:17:49 | Blacked Raw | 11-13-2023 | 12-12-2023 | PA0002444884 |
| 10 | Info Hash: 87D75D9235B81EC354FDAA1F55F9C11C2ECCFE07<br>File Hash:<br>E67E43EC88F13E6B233D6E67F23451909A86B484150FB41F1674F65AB1EC746F | 11-13-2023<br>15:21:55 | Tushy | 11-12-2023 | 12-12-2023 | PA0002445182 |
| 11 | Info Hash: 13CE8F79AE7C84B5FAC7DC444DD34AFF7544D943<br>File Hash:<br>35F0B6252F7EFB61A6DA1AD1754020F5F8D384E0019920E6CEA5959A232BDD81 | 11-12-2023<br>02:28:11 | Blacked | 11-11-2023 | 12-11-2023 | PA0002444873 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 7B39ABD925F317DA70E4F627EB0456FBE2544C30<br>File Hash:<br>9E23AB0CC3CDEA2A843D2BD43BDD0DBCC262BB46BD464F67E1020B02DCF5F706 | 11-07-2023<br>15:59:51 | Blacked Raw | 11-06-2023 | 11-13-2023 | PA0002439619 |
| 13 | Info Hash: 5AB441C1CDE24DEE2A05CEA4F8D0F5226BF8435A<br>File Hash:<br>EAA14A1CE41B2D6A44E44B9AAE749FE1A58EBC158D572642594F30CB9CED8B0D | 11-06-2023<br>14:26:30 | Blacked | 11-04-2023 | 11-13-2023 | PA0002439565 |
| 14 | Info Hash: E7DA5D1F4764A016B1298D14406593FD863E64CA<br>File Hash:<br>9CC890A9FEB6BBB23F4A359B8F97198F073D5401D1EED067F87750380A8FF9BD | 11-02-2023<br>20:51:52 | Blacked | 09-27-2018 | 11-01-2018 | PA0002143428 |
| 15 | Info Hash: 41F19F8D4281F2D30E07C3438ECB400367DA6228<br>File Hash:<br>2CE99637C4E31D2AA20F259CEE7B76803A3FDA8E554393BE4C1601D426271A92 | 10-31-2023<br>12:09:38 | Blacked Raw | 10-30-2023 | 12-05-2023 | PA0002443584 |
| 16 | Info Hash: 05F28FD2C56DF7A889C8EC5DC78DB2F8FFAF692D<br>File Hash:<br>54724734B2203F47456B0C1D3D3FF71B8EC2FABE8E93BA09DDB4ECCCAADC8F94 | 10-30-2023<br>12:01:38 | Blacked | 10-28-2023 | 11-13-2023 | PA0002439611 |
| 17 | Info Hash: FE1880F0D5E54DB3569E22296EDB43E5776BB21E<br>File Hash:<br>FDE6DA4BE8A238FCF572D383D07426FE114A5999591B771A4AE47C8CFAA4905A | 10-25-2023<br>12:07:22 | Blacked Raw | 10-23-2023 | 11-13-2023 | PA0002439616 |
| 18 | Info Hash: F9F375B641E9E26C7668E746B36B7EE9930986F3<br>File Hash:<br>ED44FB9DE89A6945E41B829196A520BC11B17811C5584740595B008CD7C309D6 | 10-23-2023<br>12:43:48 | Blacked | 10-21-2023 | 11-13-2023 | PA0002439582 |
| 19 | Info Hash: 370B68EA7D827996BE7ADA061F25EEB859F470DA<br>File Hash:<br>5D08F43354D70722F0A10661FE3E25B3D29528D5161BF686628672BD2703D026 | 10-16-2023<br>12:14:18 | Blacked | 10-14-2023 | 11-13-2023 | PA0002439573 |
| 20 | Info Hash: D76DB1B1BA35E0E84328956E3339D255F8EBB0EA<br>File Hash:<br>F07CB4EA65B360347C9AAE536DBE82F9A160913FA9F7D88BCBE7A6BAE2D8F4A2 | 10-11-2023<br>14:38:03 | Blacked Raw | 10-09-2023 | 10-18-2023 | PA0002435308 |
| 21 | Info Hash: 2902F98738BF8FC5CBBB5126313DFB164211D2C5<br>File Hash:<br>FFC48A91BC6FC4A21B6CE51784E38A2A2885F561C8AE619F9BEBBA525F3F3DDF | 10-10-2023<br>12:01:38 | Blacked | 10-07-2023 | 10-18-2023 | PA0002435291 |
| 22 | Info Hash: 8CB2E9FCCCD0A0A1CAB0D1AF648B53EAC2AB3F78<br>File Hash:<br>AAD3457D8353D55772D7EF767D1B5AE03B3D0280DC3F27415FBF54817E4B7E10 | 10-04-2023<br>11:56:53 | Blacked Raw | 10-02-2023 | 10-18-2023 | PA0002435277 |
| 23 | Info Hash: 9B051B4B346120020114C51288BAA2CB8443B77A<br>File Hash:<br>5A898C7D9B55E10240A8F29BA8EACE1EB64AABE6489465075D7688F082AFE440 | 10-02-2023<br>11:59:39 | Blacked | 09-30-2023 | 10-18-2023 | PA0002435266 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 54609D74A9FF3AB268D9A0893FAF92DD1608DEF3<br>File Hash:<br>1E2A0A7871CABB5F73E42D0D7E8403CBFA69E1FD56C7604C04683E51DB784D89 | 09-27-2023 11:46:03 | Blacked Raw | 09-25-2023 | 10-18-2023 | PA0002435306 |
| 25 | Info Hash: E2F1FA105740A79E1F6760EE543771E399E7BC7E<br>File Hash:<br>B88DFB3FDC07345DDEF49F2E5FC5186217B958DD277E6770897F00934D014812 | 09-25-2023 12:27:16 | Blacked | 09-23-2023 | 10-17-2023 | PA0002435265 |